MEMORANDUM OPINION









 

 

 

 

 

 

 

 

MEMORANDUM OPINION

 

 

Nos. 04-07-00810-CR, 04-07-00811-CR,
04-07-00812-CR and 04-07-00813-CR

 

Jesse BENAVIDES,

Appellant

 

v.

 

The STATE of Texas,

Appellee

 

From the 187th Judicial
District Court, Bexar County, Texas

Trial Court Nos. 2006-CR-9228,
2006-CR-9229, 2006-CR-9230 and 2006-CR-9231

Honorable Raymond
Angelini, Judge Presiding

 

PER CURIAM

 

Sitting:            Alma L. López,
Chief Justice

                        Rebecca
Simmons, Justice

                        Steven C. Hilbig, Justice

 

Delivered and
Filed:   April 23, 2008

 

DISMISSED

 

Appellant has filed a motion to dismiss these appeals by withdrawing his notices of appeal.  The
motion is granted and these appeals are dismissed.  See Tex. R. App. P. 42.2(a).

 

PER CURIAM

 

Do Not Publish